**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-CV-24903-RAR**

**REINALDO ZALDIVAR RODRIGUEZ**,

Plaintiff,

v.

**MARKWAYNE MULLIN**, *in his official capacity as Secretary of the Department of Homeland Security, et al.*,

Defendants.
_______________________________________________/

**ORDER OF DISMISSAL**

**THIS CAUSE** comes before the Court upon Plaintiff's Notice of Voluntary Dismissal, [ECF No. 5], filed on September 19, 2026. The Court being fully advised, it is hereby

**ORDERED AND ADJUDGED** that the above-styled case is **DISMISSED *without prejudice***. All pending deadlines are hereby **TERMINATED**. The Clerk is directed to **CLOSE** this case, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 21st day of September, 2026.

_______________________________
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**